IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMIR IZADDOUST, | |
| Plaintiff, | |
| v. | 2:25-CV-100-Z-BR |
| GUARDIAN PARTNERS LLC D/B/A ENERGIS SOLUTIONS, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to Dismiss Without Prejudice for lack of subject-matter jurisdiction. *See* ECF No. 42 at 2 ("Because Plaintiff and several members of Guardian Partners, LLC's ownership structure are citizens of Texas, there is no diversity of citizenship between the parties."). No objections to the FCR have been filed.

After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**. The case is **DISMISSED without prejudice**.

**SO ORDERED.**

October 23, 2025

*[signature]*

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE